Case 5:12-cv-01841-TJH-OP   Document 33-1   Filed 06/20/14   Page 1 of 2   Page ID #:341

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD FRAGOSA, PETER WIECHERS, ALASDAIR COYNE, JOHN KAREVOLL,<br><br>Plaintiffs,<br><br>v.<br><br>RANDY MOORE, in his official capacity as Regional Forester for the Pacific Southwest Region of the United States Forest Service, and the UNITED STATES FOREST SERVICE,<br><br>Federal Defendants. | Case No. 5:12-cv-01841-TJH-OP<br><br>[~~JOINT PROPOSED~~]<br>**JUDGMENT** |

    The Court now enters Judgment in this case. Based on the Court's Order of April 28, 2014:

    It is Ordered that Plaintiff's motion for summary judgment be, and hereby is, Granted.

    It is further Ordered that Federal Defendants' cross-motion for summary judgment be, and hereby is, Denied.

    It is Ordered that the Court finds the implementation of standard amenity recreation fees under the Federal Lands Recreation Enhancement Act within the Angeles, Cleveland, Los Padres and San Bernardino National Forests, in which the Forest Service charges Plaintiffs a recreation fee within standard amenity recreation fee areas without use of the developed facilities and services of the standard amenity recreation area, violates the Federal Lands Recreation Enhancement Act.

Case 5:12-cv-01841-TJH-OP   Document 33-1   Filed 06/20/14   Page 2 of 2   Page ID #:342

It is further Ordered that the implementation of that policy and practice be, and hereby is, Enjoined.

It is further Ordered that the Forest Service shall refund Plaintiffs the money they have paid under that policy and practice, in the amount of $5 for each plaintiff, or a total of $20.

Date: June 23, 2014

Terry J. Hatter
United States District Judge